**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADIANES RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:25-CV-02154-MJH<br><br>JUDGE MICHAEL J. HENDERSHOT<br><br>**OPINION AND ORDER** |

Before the Court is the Report and Recommendation of Magistrate Judge Amanda M. Knapp recommending that the Court affirm the decision of Defendant Commissioner of Social Security denying the application of Plaintiff Adianes Rodriguez for disability insurance benefits and supplemental security income. [R.11].

Under the relevant statute, a party has 14 days to object to a Report and Recommendation, which triggers a district court's de-novo review. *See* 28 U.S.C. § 636(b)(1)(C). The Magistrate Judge issued the Report on September 11, 2026. [R.11]. The parties are represented by counsel. [R.1, 8]. A party who does not file timely objections forfeits the district court's de-novo review. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146–52 (1985) (upholding the Sixth Circuit's forfeiture rule as within its supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)). The Report plainly stated the consequences

for failing to timely submit objections. [R.11 at 1443]. No objection to the Report has been filed and the deadline for doing so has passed.

The Court has reviewed the Report. For the reasons stated there, the Court ACCEPTS and ADOPTS the Report [R.11] in its entirety. The final decision of the Commissioner of Social Security is AFFIRMED. This case is DISMISSED.

**IT IS SO ORDERED**.

Dated: September 30, 2026

*s/ Michael J. Hendershot*
**HON. MICHAEL J. HENDERSHOT**
**UNITED STATES DISTRICT COURT**